UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:02CR-30-05-H** |
| **JOSE S. PENADO** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The Defendant, Jose S. Penado, by consent and with Brian Butler, CJA, appointed counsel, appeared in open court on February 9, 2007, and entered a plea of guilty to Count 8 of the Indictment with a written plea agreement. The United States was represented by Jim Barr, Assistant United States Attorney. The hearing was recorded by Dena Legg, official court reporter. Teresa Thorpe, certified Spanish interpreter was present for the hearing. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 8 of the Indictment, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to count eight (8) in the Indictment and have sentence imposed accordingly. Sentencing is hereby scheduled for **May 7, 2007 at 1:30 p.m.** before the Honorable John G. Heyburn II, Chief Judge, United States District Court.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall be **remanded** to the United States Marshal.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 20 |

* Counsel for the defendant Jose S. Penado waived the use of a certified interpreter for this proceeding on the record.