UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

V.                                                          CRIMINAL ACTION NO.: 3:02CR-30-05-H

JOSE S. PENADO                                                                   DEFENDANT

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

      Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the Defendant as to Count eight (8) of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

      Sentencing is hereby scheduled for **May 7, 2007 at 1:30 p.m.**, before the Honorable John G. Heyburn II, United States District Court Chief Judge.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record